**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

HERNAN BOLANOS-SALAZAR,

    Petitioner,

v.                                                                                Case No. 2:26-cv-2768-MSN-atc

CHRISTOPHER BULLOCK,

    Respondent.

**ORDER OF DISMISSAL**

Petitioner, an alien detained at the West Tennessee Detention Facility in Mason, Tennessee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1, "Petition"). The Court ordered Respondent to show cause, and in his Response (ECF No. 7), Respondent asserted that the Petition was moot because Petitioner was subject to a final order of removal and had been removed in accordance with that order. Petitioner filed a reply confirming that Petitioner had been removed, and the Petition should be dismissed as moot.

Accordingly, the Petition (ECF No. 1) is **DISMISSED AS MOOT**. Judgment will be entered accordingly.

**IT IS SO ORDERED**, this 3rd day of August, 2026.

                                       *s/ Mark S. Norris*
                                       MARK S. NORRIS
                                       UNITED STATES DISTRICT JUDGE